# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-1577V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                            *
HOPE DOUCET, on behalf of                   *
her deceased minor child, A.C.,             *
                                            *
                 Petitioner,                *
                                            *      Filed: September 13, 2016
        v.                                  *
                                            *      Decision on Attorneys'
SECRETARY OF HEALTH AND                     *      Fees and Costs
HUMAN SERVICES                              *
                                            *
                 Respondent.                *
                                            *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] a Decision issued on July 21, 2016. On August 24, 2016, Petitioners filed an Application for Attorneys' Fees and Costs, requesting a total payment of $10,933.97, representing attorneys' fees of $10,086.50, and $847.47 of attorneys' costs. On September 12, 2016, Respondent filed a statement indicating that Respondent has no objection to this request.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $10,933.97, in the form of a check payable jointly to Petitioner and Petitioner's counsel, Andrew D. Downing, on account of services performed by counsel's law firm.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.